

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/29/2021__

July 28, 2021

**VIA ECF**
Hon. Judge Nathan
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

    Re:  <u>Sanchez v. Meios, Inc.; Case No: 1:21-cv-03055</u>

Dear Judge Nathan,

    The undersigned represents Plaintiff Cristian Sanchez (hereinafter "Plaintiff") in the above-referenced matter.

    The initial conference for this matter is set for August 6, 2021, at 3:15 p.m. It is now July 28, 2021, and Defendant has yet to appear. Defendant's answer was due May 26, 2021. Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Defendant, **Meios, Inc.**, and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

    In [light of the foregoing, Plaintiff respectfully requests that] the August 6th Conference be adjourned sine die, a[nd that Plaintiff be granted an] additional 30 days in which to both obtain said Certi[ficate of Default and file a] Motion for default judgment if Defendant fails to ap[pear.]

    Th[ank you for considering th]e above request.

SO ORDERED.  7/29/2021
ALISON J. NATHAN, U.S.D.J.

The initial pretrial conference scheduled for August 6, 2021, is adjourned sine die. The Plaintiff shall move for default judgment or request additional time to do so within thirty days. SO ORDERED.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.