UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/1/21

Cristian Sanchez,

          Plaintiff,

–v–

Meios, Inc.,

          Defendant.

21-cv-3055 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On July 29, 2021, the Court ordered Plaintiff to file a motion for default judgment or file a request for additional time by August 29, 2021. Dkt. No. 9. The Court has not received a motion. Plaintiff shall file a motion for default judgment by September 7, 2021, or the Court will dismiss the action for failure to prosecute.

    SO ORDERED.

Dated: September 1, 2021
       New York, New York

                                    ALISON J. NATHAN
                                    United States District Judge