UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/21
```

Cristian Sanchez,

                Plaintiff,

      –v–

Meios, Inc.,

                Defendant.

21-cv-3055 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On July 29, 2021, the Court ordered Plaintiff to move for default judgment within thirty days. Dkt. No. 9. The Court repeated that instruction on September 1, 2021, and provided Plaintiff until September 7, 2021. Dkt. No. 10. The Court has not received Plaintiff's motion. If Plaintiff intends to move for default judgment, Plaintiff shall do so by September 16, 2021. Plaintiff's failure to act by that date may result in his claims being dismissed with prejudice for failure to prosecute. *See United States ex rel. Drake v. Norden Systems*, 375 F.3d 248, 250 (2d Cir. 2004) (noting "a district judge's authority to dismiss actions based on a plaintiff's failure to prosecute").

      SO ORDERED.

Dated: September 10, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge