UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
CRISTIAN SANCHEZ, Individually, and On : Case No.: 1:21cv3055
Behalf of All Others Similarly Situated, :
 :
 :
Plaintiff, :
 : **NOTICE OF VOLUNTARY DISMISSAL**
vs. :
 :
 :
 :
MEIOS, INC. :
 :
Defendant. :
 :
 :
--------------------------------------------------------------- x

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Cristian Sanchez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Meios, Inc.

DATED:  August 4, 2022        **MIZRAHI KROUB LLP**

        /s/ Joseph H. Mizrahi
        JOSEPH H. MIZRAHI

JOSEPH H. MIZRAHI
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*